**Deloris R. ROBINSON, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 04–3336.

United States Court of Appeals, Federal Circuit.

July 29, 2004.

Glenwood P. Roane, Sr., Gilluly Horne, Memphis, TN, for Petitioner.

Richard S. Ewing, Mark A. Melnick and David M. Cohen, Department of Justice, Washington, DC, for Respondent.

ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.